**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Wayland Purnell, Petitioner.

Appellate Case No. 2017-001920

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
Clifton Newman, Circuit Court Judge

---

Opinion No. 2019-MO-032
Heard January 31, 2019 – Filed July 24, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara M. Caudy, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Vann Henry Gunter, Jr. and Interim Solicitor Heather S. Weiss, all of Columbia, for Respondent.

PER CURIAM: We granted Wayland Purnell's petition for a writ of certiorari to review the court of appeals' decision in *State v. Purnell*, Op. No. 2017-UP-272 (S.C. Ct. App. filed July 5, 2017). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., HEARN, FEW and JAMES, JJ., and Acting Justice Paul E. Short, concur.**